IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LYLE GORDON<br><br>Defendant. | 4:17CR3004<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion for release, (Filing No. 577), is granted.

2) Defendant shall appear at his revocation hearing, currently set to be held before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:00 a.m. on February 26, 2021.

3) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and he shall participate in, and successfully complete, an intensive outpatient treatment program.

Dated this 18th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge